## Brown Gold, Inc., Appellant, *v.* Brooks.

Argued April 22, 1964. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*John J. O'Brien, Jr.,* for appellant.

*Lester L. Dolfman,* with him *Murray B. Dolfman,* for appellees.

OPINION PER CURIAM, July 31, 1964:
Judgment affirmed.